JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 367 -- IN RE CUTTER LABORATORIES INC. "BRAUNWALD-CUTTER" AORTIC
HEART VALVE PRODUCTS LIABILITY LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 10/30/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SVC. -- Plaintiffs Donald and Claire Dodson. (ea) SUGGESTED TRANSFEREE DISTRICT: Eastern District of New York SUGGESTED TRANSFEREE JUDGE: (ea) |
| 11/8/78 | 2 | RESPONSE -- Plaintiff Lindsay w/cert. of svc.(ea) |
| 11/8/78 | 3 | RESPONSE, BRIEF -- Plaintiffs Dodson w/cert.of svc.(ea) |
| 11/9/78 | 4 | RESPONSE -- Plaintiffs Beznos w/cert. of svc. (ea) |
| 11/9/78 | 5 | RESPONSE -- Plaintiff Sally Tierno w/cert. of svc. (Case filed in New Jersey State Court) (ea) |
| 11/9/78 | 6 | RESPONSE -- Plaintiff Carey w/cert. of svc. (Case not yet filed) (ea) |
| 11/9/78 | | APPEARANCES -- Duncan Barr, Esq. for Cutter Labs,Inc. and Travelers Indemnity Co.; Ray E. Large, Esq. for Jo Ann Crabtree; John Bonina, Esq. for Calvin De Lorimiere, et al. and Frank Beznos. (ea) |
| 11/13/78 | 7 | RESPONSE -- Plaintiff DeLorimiere, et al.w/cert.of svc(ea) |
| 11/13/78 | | APPEARANCES -- Donald M. Lubin, Esq. for Donald Dodson, et al.; John F.Romano, Esq. for Dorothy Gibbs,etal.(ea) |
| 11/14/78 | 8 | RESPONSE -- Cutter Laboratories, Inc.w/cert. of svc.(ea) |
| 11/14/78 | | APPEARANCES -- John A. Bonina, Esq.for Plaintiffs Menna, et al., Scura, et al., Lesch, Weintraub, McFadyen, Lindsay and Young. (ea) |
| 11/15/78 | | APPEARANCE -- John A. Bonina, Esq. for Eunice McFadyen(ea) |
| 11/15/78 | 9 | RESPONSE -- McFadyen w/cert. of svc. (ea) |
| 11/16/78 | 10 | RESPONSE -- Plaintiffs Gibbs w/cert.of svc. (ea) |
| 11/17/78 | | EXTENSION OF TIME -- Plaintiffs Glover, Wood and Jeter -- GRANTED to and including Nov. 30, 1978. (ea) |
| 11/20/78 | | NOTICE OF CORRECTION OF PANEL ATTORNEY SVC. LIST -- Donald M. Lubin, Esq. for Donald Dodson, et al. (correction due to lateness of original notice of appearance from attorney) (ea) |
| 11/27/78 | 11 | REPLY BRIEF -- Donald Dodson, et al.w/cert. of svc. (ea) |
| 12/1/78 | 12 | BRIEF IN OPPOSITION TO MOTION -- Plaintiffs Glover, Wood and Jeter w/cert. of svc. (ea) |
| 12/8/78 | | HEARING ORDER -- setting A-1 thru A-16 for hearing to be held in Wash., D.C. on Jan. 19, 1979. (ea) |
| 1/3/78 | 13 | REPLY -- Behalf of some plaintiffs (Counsel Bonia) -- w/Exhibit A & B and w/cert. of svc. (cds) |
| 1/12/79 | 14 | REPLY -- Plaintiffs Wood/Jeter/Glover - w/cert of serv (cs) |
| 1/12/79 | 15 | REPLY -- Cutter Laboratories -- w/Exhibits A - F and cert. of serv. (cds) |
| 1/19/79 | | HEARING APPEARANCES -- John Anthony Bonina for Dodson Duncan Barr for Cutter Laboratories, Inc. John D. Rowell for Plaintiffs Wood, Jeter & Glover (emh) |

JPML FORM 1A - Continuation

DOCKET ENTRIES -- p. 2

⊕

DOCKET NO. 367 --   IN RE CUTTER LABORATORIES, INC. "BRAUNWALD-CUTTER" AORTIC HEAR
                    VALVE PRODUCTS LIABILITY LITIGATION

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 2/28/79 | | CONSENT OF TRANSFEREE COURT assigning Honorable Jack B. Weinstein to handle litigation for coordinated or consoli-dated pretrial proceedings under 28 U.S.C. §1407. (ea) |
| 2/28/79 | | OPINION AND ORDER -- transferring A-1, A-2, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 to be consoli-dated with A-15 and A-16 in the Eastern District of New York for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 under Hon. Jack B. Weinstein. (ea) |
| 3/15/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- <br> B-17 Lindsay v. Cutter Labs, Inc., W.D.Wisc., #78C511 <br> B-18 Crabtree v. Cutter Labs, Inc., N.D.Ala., #77-P2473S <br> B-19 McFadyen, etc. v. Cutter Labs, D.Kansas, #78-2119 <br> NOTIFIED INVOLVED COUNSEL AND JUDGES  (emh) |
| 3/16/79 | | **APPEARANCE -- E. Ray Large for Jo Ann Crabtree and Earl Crabtree (emh)** |
| 4/2/79 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- <br> B-17 Lindsay v. Cutter Lab., Inc., W.D. Wisc., #78C511 <br> B-18 Crabtree v. Cutter Lab., Inc., N.D. Ala., #77-P2473S <br> B-19 McFadyen, etc. v. Cutter Lab., D. Kans., #78-2119 -- <br> Notified involved clerks and judges (cds) |
| 4/3/79 | | B-21 Burchman v. Cutter Laboratories, Inc.,E.D.Pa., C.A.No. CA-79-814 <br> CONDITIONAL TRANSFER ORDERS FILED TODAY. Notified involved counsel and judges. (ea) |
| 4/19/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- <br> B-21 Burchman v. Cutter Lab., Inc., E.D. Pa., #CA-79-814 <br> -- Notified involved counsel  (cds) |
| 05/09/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY,B22,23,24,25,26,27 <br> B-22 Zehenni v. Cutter, S.D. Ohio, 78-806 <br> B-23 Gilloon v. Cutter, N.D. Iowa, 78-1010 <br> B-24 Mancino v. Cutter, D. N.J., 79-0785 <br> B-25 DeStefano v. Cutter, D. N.J., 779-786 <br> B-26 Carey v. Cutter, N.D.N.Y., 79 CV 78 <br> B-27 Holst v. Cutter, N.D. Ala, CA78-P0635S <br> Notified involved counsel and judges     (rew) |
| 5/25/79 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (B-22 thru B-27) captioned above. Notified involved clerks and judges.(ea) |
| 5/31/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- <br> B-28 Evelyn Welch, et al. v. Travelers Indemnity Co., et al., S.D. Fla., C.A. No. 79-8123-Civ-JE <br> NOTIFIED INVOLVED COUNSEL AND JUDGES.  (emh) |
| 6/18/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- <br> B-28 Evelyn Welch, et al. v. Travelers Indemnity Co., et al., S.D.Fla., C.A. No. 79-8123-Civ-JE <br> NOTIFIED CLERKS AND JUDGES.  (emh) |

JPML FORM 1A

## DOCKET ENTRIES                    p.3

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 367 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/06/18 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-30 Downey, et al. v. Cutter Laboratories, Inc., S.D.N.Y., C.A. No. 79 CIV 5905, B-31 Davich, et al. v. Cutter Laboratories, Inc., S.D.N.Y., C.A. No. 79 CIV 2779 -- Notified involved counsel and judges. (ds) |
| 80/07/07 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-30 and B-31 (listed above) -- NOTIFIED INVOLVED JUDGES AND CLERKS cs |

JPML Form 1

Revised: 8/78

DOCKET NO. 367 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  IN RE CUTTER LABORATORIES, INC. "BRAUNWALD-CUTTER" AORTIC HEART VALVE PRODUCTS LIABILITY LIT.

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/19/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | FEB 28 1979 | QTO | 465 F. Supp. 1295 | E.D.N.Y. | Hon. Jack B. Weinstein | |

Special Transferee Information

DATE CLOSED: 10/29/80

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. 367 -- IN RE CUTTER LABORATORIES, INC. "BRAUNWALD-CUTTER" AORTIC HEART VALVE PRODUCTS LIABILITY LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jo Ann Crabtree v. Cutter Laboratories, Inc. | N.D.AL Pointer | 77-P-147 | FEB 28 1979 | 79c391 | settled 10/2/80 | |
| A-2 | Phillip D. Symons and Mildred Symons v. Cutter Laboratories, Inc. | W.D. Mich. Miles | M-76-79 | FEB 28 1979 | 79c554 | 9/26/80 | |
| A-3 | Enoch Molgaard and Gina Molgaard v. Cutter Laboratories, Inc., et al. | W.D.Wisc. to N-7 court | 77-C-428 | NT | | | 11/14/78 | |
| A-4 | Calvin DeLorimiere and Shirley DeLorimiere v. Cutter Laboratories, Inc. | N.D N.Y. Foley | 78-CV-4 | FEB 28 1979 | 79c556 | 9/26/80 | |
| A-5 | William Carl Glover v. Cutter Laboratories, Inc. | C.D.CAL Waters | 78-0847-LEW | FEB 28 1979 | 79c008 | 9/26/80 | |
| A-6 | Gary Lynn Wood v. Cutter Laboratories, Inc. | C.D.CAL Waters | CV-78-0942 | FEB 28 1979 | 79c549 | 9/26/80 | |
| A-7 | Hugh Ray Jeter v. Cutter Laboratories, Inc. | C.D.CAL Waters | CV-78-0943-LEW | FEB 28 1979 | 79c550 | 9/26/80 | |
| A-8 | Donald Dodson and Claire Dodson v. Cutter Laboratories, Inc. | N.D.ILL Flaum | 76-C-354 | FEB 28 1979 | 79c551 | 9/26/80 | |

DOCKET NO. 367    -- IN RE CUTTER LABORATORIES, INC. "BRAUNWALD-CUTTER" AORTIC HEART VALVE
PRODUCTS LIABILITY LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Dorothy Gibbs and Windley Gibbs v. Travelers Indemnity Co., et al. | E.D.N.Car. Larkins | 78-68-CIV-4 | FEB 28 1979 | 79C559 | 9/26/80 | |
| A-10 | Frank Beznos and Gladys Beznos v. Cutter Laboratories, Inc. | E.D.MICH Guy | 77149 | FEB 28 1979 | 79C553 | 9/26/80 | |
| A-11 | Eunice McFayden v. Cutter Laboratories, Inc. | D.Kan. O'Connor | 78-2118 78-CIV-2790 | FEB 28 1979 | 79C352 | 6/13/80 D | |
| A-12 | Nancy Sue Young v. Cutter Laboratories, Inc. | S.D.MISS Nixon | S-78-0042(N) | FEB 28 1979 | 79C555 | settled 10/2/80 | |
| A-13 | Gerald Weintraub and Anne Weintraub v. Cutter Laboratories, Inc. | S.D.N.Y. Sand | 78-CIV-2789 | FEB 28 1979 | 79C557 | 11/26/79 D | |
| A-14 | Max Lesch v. Cutter Laboratories, Inc. | S.D.N.Y. Sand | 78-CIV-2790 | FEB 28 1979 | 79C558 | settled 10/2/80 | |
| A-15 | Natale P. and Speranza Menna v. Cutter Laboratories, Inc. | E.D.N.Y. Weinstein | 77-Civ.-2361 | FEB 28 1979 | | 11/16/79 D | |
| A-16 | Tess Scura and Cosmo Scura v. Cutter Laboratories, Inc. | E.D.N.Y. Weinstein | 77-Civ-2359 | FEB 28 1979 | | | |
| B-17 | Robert H. Lindsay v. Cutter L Laboratories, Inc. 3/15/79 | W.D.Wisc. Doyle | 78C511 | 4/2/79 | 79C907 | 9/26/80 | Note included on motion |
| B-18 | Earl Crabtree v. Cutter Laboratories, Inc., 3/15/79 | N.Alabama Pointer | 77-P2473S | 4/2/79 | 79C905 | settled 9/26/80 | |
| B-19 | Eunice McFadyen, etc. v. Cutter Laboratories, Inc. 3/15/79 | D. Kan. O'Connor | 78-2119 | 4/2/79 | 79C906 | 6/13/80 D | |

JPML FORM 1 -- Continuation  ⊕

DOCKET NO. 367    -- IN RE CUTTER Laboratories, Inc. "Braunwald-Cutter" Aortic Heart Valve Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-20 | Sam Weber, et ano v. Cutter Labs | E.D.N.Y. | 79-655 | | | | |
| B-21 | Seymour Burchman v. Cutter Laboratories, Inc. 4/3/79 | E.D.Pa. Shapiro | CA-79-814 | 4/9/79 | 79C1054 | 9/25/80 | |
| B-22 ✓ | A. Joseph Zehenni, et al. v. Cutter Biomedica, etc. 9/79 | S.D.Ohio Hogan | 78-806 | 5/25/79 | 79-1420 | 9/28/80 | |
| B-23 ✓ | Margaret Gilloon, et al. v. Cutter Laboratories, Inc. 5/9/79 | N.D.Iowa McManus | 78-1010 | 5/25/79 | 79-1415 | 9/26/80 | |
| B-24 | Louise Mancino, et al. v Cutter Laboratories, Inc. 5/9/79 | D. N.J. Coolahan | 79-0785 | 5/25/79 | 79-1416 | 11/30/79 | |
| B-25 ✓ | Lawrence De Stefano, et al. v. Cutter Laboratories, Inc. 5/9/79 | D.N.J. Coolahan | 79-0786 | 5/25/79 | 79-1417 | 9/26/80 | |
| B-26 | Kathleen Daniels Carey v. Cutter Laboratories, Inc. 5/9/79 | N.D.N.Y. Not Assigned | 79 CV 78 | 5/25/79 | 79-1418 | 9/26/80 | |
| B-27 ✓ | Edward T. Holst, et al. v. Cutter Laboratories, Inc. 5/9/79 | N.D.Ala Pointer | CA78 P0635S | 5/25/79 | 79-1419 | 9/5/80 | |
| ~~XXX-28~~ ~~Stanley Weber, et al. v. Cutter Labs.~~ ~~E.D.N.Y.~~ ~~79-655~~ | | | | | | | |
| B-28 | Evelyn Welch, et al. v. Travelers Indemnity Co., et al. 5/31/79 | S.D.Fla. Eaton | 79-8123-Civ-JE | 6/18/79 | 79-1737 | 9/25/80 | |
| XYZ-29 | Morris Davich, et al. v. Cutter Laboratories, Inc. | E.D.N.Y. | 79 Civ 904 | | | 10/29/80 | |

July 1979 – 24 Tr – 4 XYZ – 28 Pdg

July 1980 – 24 Tr – 4 XYZ – 3 Dis – 25 Pdg

DOCKET NO. 367 -- IN RE CUTTER LABORATORIES, INC "BRAUNWALD-CUTTER" AORTIC HEART VALVE PRODUCTS LIABILITY LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-30 | Joseph Downey, et al. v. Cutter Laboratories, Inc. 6/18/80 | S.D.N.Y. Brieant | 79 Civ 5905 | 7/7/80 | 80-1976 | 9/26/80 | |
| B-31 | Morris Davich, et al. v. Cutter Laboratories, Inc. 6/18/80 | S.D.N.Y. Brieant | 79 Civ 2779 | 7/7/80 | 80-1975 | 9/26/80 | |

July 1981 - Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  367 --  IN RE CUTTER LABORATORIES, INC. "BRAUNWALD-CUTTER"

AORTIC HEART VALVE PRODUCTS LIABILITY LITIGATION

---

CUTTER LABORATORIES, INC.
TRAVELERS INDEMNITY CO.
Duncan Barr, Esq.
O'Connor, Cohn, Dillon & Barr
70 Gold Street, P.O. Box 3142
San Francisco, Calif.  94119

JO ANN CRABTREE (A-1)
E. Ray Large, Esq.
Skinner, Large & Donovan
1407 City Federal Building
Birmingham, Alabama  35203

PHILLIP D. SYMONS, ET AL. (A-2)
A. H. Wisti, Esq.
101 Quincy Street
Hancock, Michigan  49930

ENOCH MOLGAARD, ET AL. (A-3)
David Black, Esq.
1300 South Green Bay Road
Racine, Wisconsin  53406

DONALD DODSON, ET AL. (A-8)
Donald M. Lubin, Esq.
Lubin & Meyer
141 Tremont Street
Boston, Mass.  02111

WILLIAM CARL GLOVER (A-5)
GARY LYNN WOOD (A-6)
HUGH RAY JETER (A-7)
Mark Robinson, Esq.
8880 West Sixth Street
Los Angeles, California  90017

---

DOROTHY GIBBS, ET AL. (A-9)
John F. Romano, Esq.
Cone, Owen, Wagner, Nugent,
   Johnson & McKeown, P.A.
P.O. Box 3466
West Palm Beach, Fl.  33402

CALVIN DELORIMIERE, ET AL. (A-4)
FRANK BEZNOS, ET AL. (A-10)
EUNICE MCFAYDEN (A-11)
NANCY SUE YOUNG (A-12)
GERALD WEINTRAUB, ET AL. (A-13)
MAX LESCH (A-14)
NANCY P. MENNA, ET AL. (A-15)
TESS SCURA, ET AL. (A-16)
John A. Bonina, Esq.
16 Court Street, Ste. 1608
Brooklyn, New York  11241

ROBERT H. LINDSAY (B-17)
John A. Bonia, Esq. (Same as above) and
James R. Cole, Esquire
Ross & Stevens
1 So. Pinckney Street
Madison, Wisconsin  53703

EARL CRABTREE (B-18)
E. Ray Large, Esq. (Same as A-1)

EUNICE MCFADYEN (B-19)
John A. Bonia, Esq. (Same as above) and
Lynn R. Johnson, Esquire
Schnider, Shamberg & May
7th Floor, Huron Building
Kansas City, Kansas  66101

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____  -- _____

SEYMOUR BURCHMAN (B-21)
Jerome H. Ellis, Esq.
1210 Fox Building
1612 Market Street
Philadelphia, Pa.  19103

A. JOSEPH ZEHENNI, ET AL.  (B-22)
Leo J. Breslin, Esquire
1200 American Bldg.
Cincinnati, Ohio  45202

MARGARET GILLOON, ET AL.  (B-23)
Edward J. Gallagher,  Jr., Esq.
405 East Fifth Street
P.O. Box 2615
Waterloo, Iowa  50705

LOUISE MANCINO, ET AL.  (B-24)
Myron W. Kronisch, Esq.
154 S. Lovingston Ave.
Livingston, N.J.  07039

LAWRENCE DE STEFANO, ET AL. (B-25)
Myron W. Kronish, Esq.
(Same as above)

KATHLEEN DANIELS CAREY  (B-26)
John Anthony Bonina, Esq.
(Same as abobe)

Frank N. Grasso, Esq.
Legal Arts Bldg.
124 Clinton St.
Schenectady, N.Y.  12305

EDWARD T. HOLST, ET AL.  (B-27)
H. Darden Williams, Esq.
Rutledge, Williams, Williams
  & Norton
Box 519
Anniston, Alabama  36202

EVELYN WELCH, ET AL.  (B-28)
Edward M. Ricci, Esquire
Cone, Owen, Wagner, Nugent, Johnson,
Hazouri & Roth
507 North Olive Ave.
P.O. Box 3466
West Palm Beach, Florida  33402

JOSEPH DOWNEY, ET AL. (B-30)
MORRIS DAVICH, ET AL.  (B-31)
John Anthony Bonia, Esquire
(Same as A-4)

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _367_ -- IN RE CUTTER LABORATORIES, INC. "BRAUNWALD-CUTTER" AORTIC
HEART VALVE PRODUCTS LIABILITY LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Cutter Laboratories, Inc. | A-1 thru, A-16, B-17, B-18, B-19, B-21, B-22, 23, 24, 25 B-26, B-27 B-28 B-30 B-31 |
| Travelers Indemnity Co. | A-3, A-9 B-28 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |